# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0126. WHITFIELD v. STATE OF GEORGIA.**

The State has moved to dismiss the above-styled appeal, which was docketed on September 12, 2013, making the Appellant's brief due on October 2, 2013. On November 15, 2013, this Court ordered the Appellant to file his brief on or before November 25, 2013. No such brief was filed, nor has the Appellant timely moved for an extension of time. Accordingly, the appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*